UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.  2:20-cv-02972-RAO                                      Date: June 9, 2020

Title   Kenneth Davidson v. Tahmina Chowdhury et al

Present: The Honorable:   Rozella A. Oliver, United States Magistrate Judge

| Donnamarie Luengo | N/A |
|---|---|
| Deputy Clerk | Court Recorder / Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings: (IN CHAMBERS)    ORDER TO SHOW CAUSE**

This action was filed on March 30, 2020 by Kenneth Davidson ("Plaintiff) against Tahmina Chowdhury, et al. ("Defendant"). On May 26, 2020 Defendant filed an Answer to Complaint. Plaintiff has not yet filed the required proof of service of the Summons and Complaint.

The Court will consider the filing of the following, as an appropriate response to this OSC, on or before **June 16, 2020**:

- Proof of service of summons and complaint.

In accordance with Rule 78 of the Federal Rules of Civil procedures and Local Rule 7-15, no oral argument of this matter will be heard unless ordered by the Court. The Order will stand submitted upon the filing of the response to the Order to Show Cause. Failure to respond to the Court's Order may result in the dismissal of the action.

IT IS SO ORDERED.

:
**Initials of Preparer**   dl