JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TAHMINA CHOWDHURY D/B/A MEXICALI MEAT MARKET; SHOYEBUL M ISLAM; and DOES 1 to 10,<br><br>　　　　Defendants. | **Case No.: CV 20-2972-GW-JPRx**<br>**Assigned to Hon. George H. Wu**<br><br>**ORDER GRANTING REQUEST FOR DISMISSAL OF THE ENTIRE ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER

1 | Based on the request for dismissal without prejudice and for good cause

3 | shown:

5 | IT IS HEREBY ORDERED that the entire action be dismissed without

7 | Prejudice with the Court to retain jurisdiction up until March 15, 2021.

9 | SO ORDERED.

11 | DATED: October 29, 2020

*[signature: George H. Wu]*

HON. GEORGE H. WU,
United States District Judge